JS10(00:48)

**MINUTE ENTRY**
**LEMELLE, J.**
**April 11, 2024**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ROGERS LACAZE**                                                   **CIVIL ACTION**

**VERSUS**                                                          **NO. 17-7252**

**TIMOTHY HOOPER, WARDEN,**                                         **SECTION "B"(1)**
**LOUISIANA STATE PENITENTIARY**

**STATUS CONFERENCE**

On April 11, 2024, the Court held a status conference with counsel in open court pursuant to this Court's Orders. *See* Rec. Docs. 51, 52, 53. The following were in attendance:

> Blythe H.L. Taplin, counsel for petitioner
> Cecelia Trenticosta Kappel, counsel for petitioner
> Bradley M. Scott, counsel for respondent

Conversation centered on preparation of parties for Oral Argument on petitioner's 22 U.S.C. § 2254 application.

**IT IS HEREBY ORDERED** that Oral Argument will be held on **Wednesday, August 28, 2024 at 9:00 AM** in open court before the undersigned. Petitioner and respondent shall each have one (1) hour to present argument from materials briefed before the Court. **Upon advance written request of counsel for their client's participation via Zoom video**, instructions will be emailed to requesting counsel a couple of days prior to the hearing, including a weblink to the video conference and directions for the client or warden to login at 8:45 AM on the morning of the hearing. Requesting counsel shall be responsible for forwarding the latter instructions to their client or applicable prison warden to assure testing of their systems for compatibility with the

1

Court's IT department; in the absence of such testing, presence of a client and objections for failure to timely access the weblink will be deemed waived. **No later than April 30, 2024,** requesting counsel should contact the Case Manager with any questions about the foregoing procedures, etc.

**IT IS FURTHER ORDERED** that a telephone status conference in preparation for Oral Argument will be held on **Wednesday, August 21, 2024 at 9:00 AM**. <u>**Parties shall call in for the conference using the phone number (888)684-8852 and access code 8374480#**</u>.

**IT IS FURTHER ORDERED** that, **no later than Monday, August 19, 2024**, parties shall jointly submit to the Court a list of authorities, containing any caselaw citations of relevant opinions that will be discussed at Oral Argument and that are not otherwise included in their briefing. The joint submission shall contain a separate list from petitioner and respondent and shall be sent to the Court via efile-lemelle@laed.uscourts.gov.

New Orleans, Louisiana, this 15th day of April, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE