**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ROGERS LACAZE**                                          **CIVIL ACTION**

**VERSUS**                                                 **NO.: 17-7252**

**TIMOTHY HOOPER, WARDEN,**                                **SECTION: B (1)**
**LOUISIANA STATE PENITENTIARY**

## JUDGMENT

Considering reasons given in the court's opinion at record document 62,

IT is adjudged and decreed that petitioner Rogers Lacaze's application for

issuance of a writ of habeas corpus under 22 U.S.C. § 2254 is denied and the captioned

action is thereby dismissed.

Pursuant to 28 U.S.C. § 2253(c)(2) and Rules Governing § 2254 Cases Rule 11(a),

a certificate of appealability will issue for:

- Claim 1: Biased Tribunal

- Claim 2: Impartial Jury

- Claim 3: Ineffectiveness During Voir Dire

- Claim 4: Brady Material

- Claim 6: Ineffectiveness at Trial

- Claim 8: Reasonable Doubt Instruction

- Claim 10: Cumulative Error

New Orleans, Louisiana this 7th day of July 2026

_____

**Senior United States District Judge**